

Kathryn M. Cherry
Assistant Attorney General

(512) 463-1377
Kathryn.Cherry@oag.texas.gov

August 15, 2022

**Via CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

  **Re:** No. 20-40359, *Priscilla Villarreal v. City of Laredo, et al.*

Dear Mr. Cayce:

  I write in connection with the panel's revised opinion issued last week in the above-refenced matter. On November 1, 2021, the Court issued a majority opinion calling into question the facial constitutionality of Texas Penal Code § 39.06(c) but delayed issuance of a judgment and mandate to allow the Attorney General an opportunity to respond.

  The State of Texas intervened in the case pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Appellant Procedure 40 in order to defend the facial constitutionality of its law. And it indicated in its February 11, 2022, letter to the Court that it intended to file a motion for panel rehearing once Chief Judge Richman published her forthcoming dissent.

  On August 12, 2022, however, the Court withdrew its initial opinion and issued a superseding opinion, which no longer calls into question the facial constitutionality of section 39.06(c). Given the Court's superseding opinion, the State has determined that it will not be filing anything further in this Court.

             Respectfully submitted.

             /s/ Kathryn M. Cherry
             Kathryn M. Cherry
             Assistant Solicitor General

## Certificate of Service

On August 15, 2022, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ Kathryn M. Cherry
Kathryn M. Cherry