# United States Court of Appeals
# for the Fifth Circuit

No. 20-40359

Priscilla Villarreal,

*Plaintiff—Appellant*,

*versus*

The City of Laredo, Texas; Webb County, Texas; Isidro R. Alaniz; Marisela Jacaman; Claudio Trevino, Jr.; Juan L. Ruiz; Deyanria Villarreal; Enedina Martinez; Alfredo Guerrero; Laura Montemayor; Does 1-2,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:19-CV-48

ORDER:

IT IS ORDERED that Appellant's unopposed motion for an extension of 14 days, or to and including October 3, 2022, to file her response/opposition to Appellees' petitions for rehearing en banc is DENIED AS MOOT.

_____
James C. Ho

*United States Circuit Judge*