

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Lanora C. Pettit  
Principal Deputy Solicitor General

(512) 463-2127  
Lanora.Pettit@oag.texas.gov

November 14, 2022

**Via CM/ECF**

Lyle W. Cayce, Clerk  
Court of Appeals for the Fifth Circuit

    Re:    No. 20-40359, *Priscilla Villarreal v. City of Laredo, et al.*

Dear Mr. Cayce:

I write in connection with the panel's October 28, 2022, order that this case be reheard by the en banc court.

In its initial decision, the panel "acknowledge[d] that the constitutionality of Texas Penal Code § 39.06(c) has been called into question in this case," but that neither the Plaintiff nor the district court had notified the Texas Attorney General. *Villarreal v. City of Laredo*, 17 F.4th 532, 546–47 (5th Cir. 2021). The Court thus withheld its judgment and mandate for a period of time "to afford the Attorney General an opportunity to take such steps as he may deem advisable." *Id.* at 547. Following this Court's notice, the Attorney General intervened in this case on behalf of the State of Texas pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Appellate Procedure 40 in order to defend the facial constitutionality of section 39.06(c).

On August 12, 2022, the Court withdrew its initial opinion and issued a superseding opinion that no longer called into question the facial constitutionality of the law. *Villarreal v. City of Laredo*, 44 F.4th 363, 372 (5th Cir. 2022). Given the Court's superseding opinion, the State informed this Court on August 15, 2022, that it would not be filing a request for rehearing.

Given that this Court intends to rehear this case en banc and has vacated the opinion of August 12, 2022, the State intends to file supplemental briefing for the Court's review. The State also anticipates that it will (at an appropriate time) seek to participate in oral argument. Counsel for the City of Laredo has indicated that he does not object to such participation.

Respectfully submitted.

/s/ Lanora C. Pettit
Lanora C. Pettit
Principal Deputy Solicitor General
Lanora.Pettit@oag.texas.gov

## Certificate of Service

On November 14, 2022, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ Lanora C. Pettit
Lanora C. Pettit