# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-40359

---

Priscilla Villarreal,

*Plaintiff—Appellant*,

*versus*

The City of Laredo, Texas; Webb County, Texas; Isidro R. Alaniz; Marisela Jacaman; Claudio Trevino, Jr.; Juan L. Ruiz; Deyanria Villarreal; Enedina Martinez; Alfredo Guerrero; Laura Montemayor; Does 1-2,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:19-CV-48

---

ORDER:

    IT IS ORDERED that the opposed motion of James O'Keefe and Project Veritas, Incorporated, for leave to file amicus brief in support of Appellant and reversal on rehearing en banc is GRANTED.

    IT IS FURTHER ORDERED that the opposed motion of Journalists for leave to file amicus brief in support of Appellant and reversal on rehearing en banc is GRANTED.

No. 20-40359

   /s/ *Priscilla Richman*
Priscilla Richman
*United States Circuit Judge*