# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 23, 2024

Lyle W. Cayce
Clerk

No. 20-40359

Priscilla Villarreal,

*Plaintiff—Appellant*,

*versus*

The City of Laredo, Texas; Webb County, Texas; Isidro R. Alaniz; Marisela Jacaman; Claudio Trevino, Jr.; Juan L. Ruiz; Deyanria Villarreal; Enedina Martinez; Alfredo Guerrero; Laura Montemayor; Does 1-2,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:19-CV-48

Before Richman, *Chief Judge*, and Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson and Douglas, *Circuit Judges*.[*]

# JUDGMENT

---

[*] Judge Ramirez joined the court recently and elected not to participate in this case.

No. 20-40359

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

JAMES E. GRAVES, JR., *Circuit Judge*, joined by ELROD, HIGGINSON, WILLETT, HO, and DOUGLAS, *Circuit Judges*, dissenting.

STEPHEN A. HIGGINSON, *Circuit Judge*, joined by ELROD, GRAVES, WILLETT, HO, OLDHAM, and DOUGLAS, *Circuit Judges*, dissenting.

DON R. WILLETT, *Circuit Judge*, joined by ELROD, GRAVES, HIGGINSON, HO, and DOUGLAS, *Circuit Judges*, dissenting.

JAMES C. HO, *Circuit Judge*, joined by ELROD, GRAVES, HIGGINSON, WILLETT, and DOUGLAS, *Circuit Judges*, dissenting.