# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

October 15, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Priscilla Villarreal
v. Isidro R. Alaniz, et al.
No. 23-1155
(Your No. 20-40359)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Gonzalez* v. *Trevino*, 602 U. S. ___ (2024) (*per curiam*).

The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris, Clerk

