# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 04, 2024

Mr. Conor T. Fitzpatrick
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. Jason Eric Magee
Allison, Bass & Magee, L.L.P.
1301 Nueces Street
Suite 201
Austin, TX 78701-0000

Mr. William Michael McKamie
Taylor, Olson, Adkins, Sralla & Elam, L.L.P.
6000 Western Place
Suite 200
Fort Worth, TX 76107

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Ms. Darpana Sheth
Foundation for Individual Rights & Expression
510 Walnut Street
Suite 900
Philadelphia, PA 19106-3621

        No. 20-40359   Villarreal v. City of Laredo
                       USDC No. 5:19-CV-48

Dear Counsel:

Please be advised that the court has requested letter briefs
from the parties not exceeding 5 pages addressing:

1) articulating how, if at all, the Supreme Court's decision
   in Gonzalez v. Trevino, 602 US 653, 144 S.Ct. 1663 (2024)
   may affect this case.

The letter briefs should be filed in this office on or
before December 11, 2024.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Roeshawn Johnson*

                         By: _____
                         Roeshawn Johnson, Deputy Clerk
                         504-310-7998

cc:  Ms. Anna Bidwell
     Ms. Caroline Grace Brothers
     Mr. John J. Bursch
     Ms. Kathryn Cherry
     Ms. Cynthia Fleming Crawford
     Mr. Jacob Thomas Crump
     Ms. Brianne Jenna Gorod
     Mr. Rory Thomas Gray
     Mr. Patrick M. Jaicomo
     Ms. Alicia K. Kreh
     Mr. Thomas S. Leatherbury
     Mr. Garrett Meisman
     Mr. Arif Panju
     Ms. Lanora Christine Pettit
     Ms. Laura Lee Prather
     Mr. Hiram Stanley Sasser III
     Mr. Jay Remington Schweikert
     Mr. Peter Steffensen
     Mr. Jaba Tsitsuashvili
     Mr. Paul Christopher Watler