

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Lanora C. Pettit  
Principal Deputy Solicitor General

(512) 463-2127  
Lanora.Pettit@oag.texas.gov

December 11, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk  
Court of Appeals for the Fifth Circuit

    **Re:**    No. 20-40359, *Villarreal v. City of Laredo*

Dear Mr. Cayce:

    I write in response to the Court's December 4, 2024, request for supplemental briefing regarding the effect, if any, of *Gonzalez v. Trevino*, 602 U.S. 653 (2024), on this case.

    Texas intervened in this appeal to defend the constitutionality of Texas Penal Code section 39.06(c) following the panel majority's original opinion. Villarreal appeared to drop any challenge to the constitutionality of that statute in her petition for a writ of certiorari to the Supreme Court, and the issue is not implicated by that Court's order that this Court should reconsider Villarreal's retaliation claim in light of *Gonzalez*. Texas has never taken a position on Villarreal's retaliation claim and does not intend to do so now. Texas does, however, reserve the right to respond should Villarreal again call the constitutionality of section 39.06(c) into question.

                              Respectfully submitted.

                              /s/ Lanora C. Pettit  
                              Lanora C. Pettit  
                              Principal Deputy Solicitor General  
                              Lanora.Pettit@oag.texas.gov