# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 9, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Priscilla Villarreal
        v. Isidro R. Alaniz, et al.
        No. 25-29
        (Your No. 20-40359)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 7, 2025 and placed on the docket July 9, 2025 as No. 25-29.

Sincerely,

**Scott S. Harris, Clerk**

by

Angela Jimenez
Case Analyst



U.S. COURT OF APPEALS
RECEIVED
JUL 10 2025
FIFTH CIRCUIT